# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br> Remaining Debtors. | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> KATHERINE VANDER WERFF, IN HER CAPACITY AS TRUSTEE OF THE PETER & KATHERING VANDER WERFF REVOCABLE TRUST; PETER VANDER WERFF; KATHERINE VANDER WERFF, <br><br> Defendants. | Adversary Proceeding <br> Case No. 19-50804 (JKS) <br><br><br><br><br><br><br><br> **Ref Docket No. 31** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO          )
                      ) ss.:
COUNTY OF FRANKLIN     )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway Way, Suite A, Dublin, Ohio 43017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

2. On October 21, 2021, I caused to be served the "Stipulation of Dismissal of Adversary Proceeding," dated October 20, 2021 [Docket No. 31], by causing a true and correct copy to be delivered via electronic mail to: *ppascuzzi@ffwplaw.com*.

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
22nd day of October, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024